UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETH L. LENOBLE | : |
|       Plaintiff, | : |
| VS. | : CIVIL ACTION NO.<br>: 02-CV-1673(DJS) |
| BEST TEMPS INC., PHOTOS TEMPS<br>INC., and ROBERT J. ROSA, | :<br>: OCTOBER 17, 2003 |
|       Defendants. | : |

### RENEWED MOTION FOR SANCTIONS
### FOR FAILURE TO COMPLY WITH COURT ORDERS

Pursuant to the Court's (Squatrito, J.) Order of October 3, 2003 (the "October 3rd Order"), the defendants hereby renew their Motion to Dismiss or Other Sanctions for Failure to Comply With Court Orders (the "Motion to Dismiss"), dated August 13, 2003. In the October 3rd Order, the Court stated that the defendants, by renewing the Motion to Dismiss, may seek costs associated with compelling the plaintiff's discovery compliance. The Motion to Dismiss sought sanctions for plaintiff's repeated failure to comply with discovery requests, dating back to December 19, 2002, and prior Court Orders, including the Court's Scheduling Order. The defendants were charged $1,258 in attorneys' fees for preparation and filing of the Motion to Dismiss.

As more fully set forth in the Motion to Dismiss, the defendants were forced to file three Motions to Compel (dated March 20, 2003, June 18, 1003, July 1, 2003) as

CARMODY & TORRANCE LLP    50 Leavenworth Street
{W1072536}Law    Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

well as the Motion to Dismiss in an effort to secure basic discovery compliance from the plaintiff. As set forth in the Affidavit of Russell A. Green (attached as Exhibit A), to date the defendants incurred $9,279.63 in attorneys fees and costs as a direct result of the plaintiff's non-compliance with discovery requests and prior Court Orders. These figures do not include almost $6,000 in fees that were written off (i.e. not charged to the defendants) because of the substantial legal fees incurred by the defendants.

Specifically, the defendants were charged $1,258 in fees for preparation and filing of the Motion to Dismiss. Defense counsel wrote off $3,492 in fees for the Motion to Dismiss, again due to the substantial and time-consuming efforts to obtain basic discovery from the plaintiff. Consequently, pursuant to the October 3rd Order, the defendants renew their Motion to Dismiss and request an award of $1,258 in attorneys fees and costs for the plaintiff's non-compliance. The Affidavit of Russell A. Green in support of the fees and costs sought herein is attached hereto and made a part hereof. In addition, the defendants renew and incorporate their Memorandum of Law in Support of the Motion to Dismiss.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1572530}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

```
                                    THE DEFENDANTS,
                                    BEST TEMPS INC., PHOTOS TEMPS
                                    INC. and ROBERT J. ROSA

                        BY:         _____
                                    RUSSELL A. GREEN
                                    Carmody & Torrance
                                    50 Leavenworth Street
                                    Waterbury, CT 06721
                                    (203) 573-1200
                                    Federal Bar. #ct14976
```

### CERTIFICATION

This is to certify that the following has been mailed, postage prepaid, on the above date to:

William B. Barnes
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Fairfield, CT 06432
(203) 367-7922

_____
RUSSELL A. GREEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH L. LENOBLE                          :
                                         :
         Plaintiff,                      :
                                         :      CIVIL ACTION NO.
VS.                                      :      02-CV-1673(DJS)
                                         :
BEST TEMPS INC., PHOTOS TEMPS            :
INC., and ROBERT J. ROSA,                :      October 17, 2003
                                         :
         Defendants.                     :

### AFFIDAVIT RE: ATTORNEYS FEES

The undersigned, being duly sworn, hereby deposes and says.

1) I am over the age of 18 years, and I believe in the obligation of an oath.

2) I make this statement of my own personal knowledge.

3) I am an associate with the law firm of Carmody & Torrance LLP, and counsel to the defendants Best Temps, Inc., Photos Temps, Inc., and Robert J. Rosa. Attorney Giovanna Weller is a partner in Carmody & Torrance LLP and is the lead attorney on this file.

4) I have reviewed our firm's invoices to the defendants in this matter. My billable rate on this file is $185 per hour. The billable rate of Attorney Weller is $250 per hour. The billable rate of Attorney Dov Braunstein, an associate who has also worked on this file, is $150 per hour. Our firm's rates on this file are charged in

CARMODY & TORRANCE LLP    50 Leavenworth Street
{W1272748}
Attorneys at Law           Post Office Box 1110
                           Waterbury, CT 06721-1110
                           Telephone: 203 573-1200

increments of one-tenth of an hour. Upon information and belief, these rates are consistent with the hourly rates charged by other professionals of similar experience and ability.

5) The defendants filed discovery requests directed to the plaintiff on December 19, 2002 and May 8, 2003 (collectively referred to as the "Discovery Requests").

6) The defendants filed three Motions to Compel (dated March 20, 2003, June 18, 2003, July 1, 2003) and a Motion to Dismiss or Other Sanctions for Failure to Comply With Court Orders (dated August 13, 2003) (the "Motion to Dismiss) in an effort to secure compliance with the Discovery Requests, the Scheduling Order and the Court's Orders (dated July 10, 17 and 28, 2003) requiring the plaintiff to provide the outstanding discovery.

7) I have reviewed our firm's invoices to the defendants, as well as our records showing fees and costs written off (i.e. not billed to the defendants), since January 1, 2003. Between January 1, 2003 and September 30, 2003, the defendants were billed $8,575 in attorneys' fees and $704.63 in costs (Westlaw), totaling $9,279.63 in connection with our efforts to obtain plaintiff's discovery. These fees are based on 12 hours of my time at a rate of $185/hour, 22 hours of Attorney Weller's time billed at a rate of $250/hour and 5.7 hours of Attorney Braunstein's time at a rate of $150/hour. These fees and costs were incurred specifically for the following tasks:

a) determining the plaintiff's lack of compliance with the Discovery Requests and Court Orders;

b) contacting plaintiff's counsel concerning the plaintiff's non-compliance;

c) preparing and filing the above Motions to Compel and Motion to Dismiss, including the supporting memoranda of law and affidavits; and

d) attendance at Court for argument on the above Motions.

8) Between January 1, 2003 and September 30, 2003, approximately $6,000 in attorneys' fees was written off (i.e. not billed to the defendants). This was done because the three defendants are a small company and two individuals and because of the extremely time-consuming and unusual efforts needed to obtain basic discovery compliance from the plaintiff.

9) In preparing and filing the Motion to Dismiss, the defendants incurred $4,750 in attorneys' fees and were actually billed $1,258. This billed amount is based on 5.2 hours of Attorney Weller's time and 1.8 hours of my time. Our firm wrote off a large portion of the fees ($3,492) given the substantial fees incurred to date to secure discovery compliance from the plaintiff.

_____
Russell A. Green

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

3

| | | |
|---|---|---|
| COUNTY OF NEW HAVEN | ) | October 17, 2003 |
| | )ss: Waterbury | |
| STATE OF CONNECTICUT | ) | |

SUBSCRIBED AND SWORN TO before me this 17th day of October, 2003.

_____
John F. Papandrea
Commissioner of Superior Court/
~~Notary Public~~
~~My Commission Expires:~~