FILED

2003 NOV -5  P 3: 38

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETH L. LENOBLE, | : | DOCKET NO. 02-CV-1673 (DJS) |
| *Plaintiff*, | : | |
| V. | : | |
| BEST TEMPS, INC., PHOTOS TEMPS, INC., and ROBERT J. ROSA, | : | |
| *Defendants*. | : | November 5, 2003 |

### MOTION FOR EXTENSION OF TIME ON CONSENT

Plaintiff Beth L. Lenoble, with the consent of opposing counsel, respectfully moves for an order nun pro tunc thirty (30) days the time for her to respond to defendant Photos Temp's motion for summary judgment. The grounds for this motion are as follows:

1. Counsel for plaintiff has two substantial motions for summary judgment pending at this time. One, a § 1983 and breach of contract case in Superior Court in New Haven, is due Nov. 17, 2003 and the other, a five plaintiff Title VII case in District Court in Hartford, is due Nov. 24, 2003.

2. On Nov. 3, 2003, counsel for plaintiff filed a second substantial brief, and argued, a motion for summary judgment by the first excess insurance carrier in the declaratory judgment action in Milford Superior Court captioned <u>England v. Reliance Ins. Co.</u>.

3. Defendants' counsel, Givanna Weller, spoke to the undersigned on the telephone and consented to the extension.

4. This is the second extension requested.

```
                                    THE PLAINTIFF
                                    BETH LENOBLE


                              By: _____
                                    WILLIAM B. BARNES, ESQ.
                                         (CT00268)
                                    Rosenstein & Barnes
                                    1100 Kings Hwy. East,
                                    Fairfield, CT 06432
                                    (203) 367-7922
```

**<u>CERTIFICATION</u>**

A copy of the foregoing was mailed first class mail, postage prepaid, on November 5, 2003, to the following persons:

Giovanna T. Weller, Esq.
Carmody & Torrance, LLC
50 Leavenworth St.
Waterbury, CT 06721

_____
WILLIAM B. BARNES, ESQ.

2