UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BETH L. LEONOBLE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1673(DJS) |
| **BEST TEMPS, INC., ET AL**<br>    **Defendants** | : |

### ORDER

The Plaintiff's Motion for Extension of Time to respond to Defendants' Summary Judgment (Doc. #60) is hereby **GRANTED in part to and including November 21, 2003.**

There will be no further extensions of time granted.

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this    12th    day of November, 2003.


                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge