FILED

2003 NOV 20 A 9:47

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETH L. LENOBLE, | : | DOCKET NO.  02-CV-1673 (DJS) |
| *Plaintiff*, | : | |
| V. | : | |
| BEST TEMPS, INC., PHOTOS TEMPS, INC., and ROBERT J. ROSA, | : | |
| *Defendants*. | : | November 19, 2003 |

**MOTION TO RECONSIDER RULING AND
TO EXTEND TIME TO RESPOND TO
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff moves pursuant to Local Civ. R. 7(c) and 7(b)(2) to extend the time for her to reply to the motion of Defendant Photos Temps, Inc., summary judgment, dated Sept. 12, 2003, until Jan. 9, 2004, and represent:

1. This is an action for violation of 42 U.S.C. §§ 1981, 1981a and 2000e, et seq., and the Connecticut Fair Employment Practices Act. Plaintiff claims that defendants discriminated against her because she is female and Jewish and because of her sexual orientation. Defendants deny all material aspects of Plaintiff's claims; the facts are hotly contested.

2.   The instant motion for summary judgment turns on the relationship between Defendants.  Defendant Photos Temps, Inc., asserts that it has no liability because it is a separate business from Defendant Best Temps, Inc., and its principal, Richard Photos, is not a partner with Defendant Robert Rosa in either business.  Plaintiff contends that Defendants Best Temps, Inc., and Photos Temps, Inc., can be liable on an agency, joint employer or single employer theory.

3.   To resist Defendant Photos Temps, Inc.'s motion for summary judgment, Plaintiff must produce sufficient evidence from which a reasonable jury could return a verdict in her favor against that Defendant.  Anderson v. Liberty Lobby, 477 U.S. 242, 248, 106 S.Ct. 25205, 91 L.Ed.2d 202 (1986).  Nonmovant may not rely on conclusory allegations or unsubstantiated speculation. Scotto v. Almenas, 143 F.3d 105, 114 (2d Cir. 1998).  The court is under no obligation to perform an independent review of the record to find factual disputes.  Amnesty America v. Town of West Hartford, 288 F.3d 467, 470 (2d Cir. 2002).  The nonmovant must search the record and provide references to it in her Local R. 56(a)2 statement.  Local R. 56(a)2; Amnesty America, 288 F.3d at 470.

4.   The memorandum and Local Civ. R. 56(a)1 statement in support of Photos Temps, Inc.'s motion for summary judgment consists of 52 pages and seven exhibits totaling 326 pages of affidavits and other materials.  Plaintiff has already spent substantial time reviewing this record and preparing a response, but, for the reasons set forth herein and in the accompanying affidavit, more time is required.

5.   Plaintiff respectfully asks the court to reconsider its ruling granting Plaintiff's prior motion for extension of time only until Nov. 21, 2001, and denying further extensions, for the reasons set forth herein and in the accompanying affidavit of counsel.

5.   On Nov. 19, 2003 the undersigned attempted to contact counsel for Defendants, Atty. Giovanna Weller, by telephone to ascertain her views on this motion.  Ms. Weller was out and according to her voice mail message not due to return until Nov. 20, 2003.  Plaintiff therefore does not know the position of Defendants on this motion to reconsider and extend time.  Plaintiff believes that Atty. Weller will not object because Defendants have not previously objected any extension of time.

6.  This is the second extension sought by Plaintiff to reply to the motion for summary judgment.

WHEREFORE, for all of the accompanying reasons, and those set forth in the accompanying affidavit, Plaintiff respectfully moves on consent for an order reconsidering the court's prior order and granting her until Jan. 9, 2004, to file their opposition to Defendant Photos Temps, Inc.'s motion for summary judgment.

>   THE PLAINTIFF
>   BETH LENOBLE
>
>   By: /s/ William Barnes
>   WILLIAM B. BARNES, ESQ.
>   (CT00268)
>   Rosenstein & Barnes
>   P.O. Box 687
>   1100 Kings Hwy. East,
>   Fairfield, CT 06432
>   (203) 367-7922
>   E-Mail wbarnes@rosenbar.com

THE PLAINTIFF
BETH LENOBLE

By: _____
WILLIAM B. BARNES, ESQ.
(CT00268)
Rosenstein & Barnes
1100 Kings Hwy. East,
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com

### CERTIFICATION

A copy of the foregoing was mailed first class mail, postage prepaid, on November 19, 2003, to the following persons:

Giovanna T. Weller, Esq.
Carmody & Torrance, LLC
50 Leavenworth St.
Waterbury, CT 06721

_____
WILLIAM B. BARNES, ESQ.