## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BETH L. LENOBLE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1673(DJS) |
| **BEST TEMPS, INC., ET AL**<br>    **Defendants** | : |

### ORDER

The Plaintiff's Motion to Reconsider Ruling and to Extend Time to Respond to Motion for Partial Summary Judgment (Doc. #62) is hereby **DENIED as moot**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   26th   day of November, 2003.

 /s/DJS
Dominic J. Squatrito
United States District Judge