UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH L. LENOBLE :
    Plaintiff

v. : CIVIL NO.: 3:02cv1673(DJS)

BEST TEMPS, INC., ET AL :
    Defendants

### ORDER

The Plaintiff's Motion to Reconsider Ruling and to Extend Time to Respond to Motion for Partial Summary Judgment (Doc. #62) is hereby **DENIED as moot**.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this 26th day of November, 2003.

                Dominic J. Squatrito
                United States District Judge

AO 72A
(Rev.8/82)