FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2003 DEC -1  P 2: 59

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| BETH L. LENOBLE | : | CIVIL ACTION NO. |
| | : | |
| | : | 02-CV-1673(DJS) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| BEST TEMPS INC., PHOTOS TEMPS INC., and ROBERT J. ROSA, | : | |
| | : | |
| Defendants. | : | NOVEMBER 26, 2003 |

### ENTRY OF APPEARANCE

Please enter the Appearance of the undersigned, Dov Braunstein, on behalf of the Defendants.

*[signature]*

Dov Braunstein
Federal Bar # ct25159
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: dbraunstein@carmodylaw.com

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law                Post Office Box 1110
{W1278671}                      Waterbury, CT 06721-1110
                                Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Entry of Appearance has been served on the following counsel of record by first class mail, postage prepaid this 26th day of November, 2003.

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT 06432
203-367-7922

_____
Dov Braunstein