69

02cv1673mexttime
02cv1673en069

FILED
2003 DEC -1 P 2:59
US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

BETH L. LENOBLE : CIVIL ACTION NO.

: 02-CV-1673(DJS)

Plaintiff,

VS.

BEST TEMPS INC., PHOTOS TEMPS
INC., and ROBERT J. ROSA,

Defendants. : NOVEMBER 26, 2003

### MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF PHOTOS TEMPS, INC.

Pursuant to Local Rule 9(b), the Defendant, Photos Temps, Inc., respectfully moves this Court to extend the deadline under which it may file a reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, from December 5, 2003 to January 4, 2004. Additional time is requested because in early December 2003, the undersigned will be starting trial in the matter of *Burgos v. Lewis* (CV97 0345509 S)(Bridgeport). Opposing counsel has no objection to the Defendant's Motion for Extension of Time. This is Defendant's first Motion for Extension of Time.



12/03/03. GRANTED.
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

THE DEFENDANTS,
BEST TEMPS, INC.,
PHOTOS TEMPS, INC.,
and ROBERT J. ROSA

BY: _____
Dov Braunstein
Federal Bar #ct25159
Carmody & Torrance LLP
P.O. Box 1110
Waterbury, CT 06721
Tel: (203) 573-1200

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT 06432
203-367-7922

Courtesy Copy:

Judge Dominic J. Squatrito
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

_____
Dov Braunstein

CARMODY & TORRANCE LLP
Attorneys at Law
{W1278669}

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200