FILED

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETH L. LENOBLE | : | CIVIL ACTION NO. |
| | : | |
| | : | 02-CV-1673(DJS) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| BEST TEMPS INC., PHOTOS TEMPS | : | |
| INC., and ROBERT J. ROSA, | : | |
| | : | |
| Defendants. | : | December 30, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF PHOTOS TEMPS, INC.

Pursuant to Local Rule 9(b), the Defendant, Photos Temps, Inc., respectfully moves this Court to extend the deadline under which it may file a reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, from January 4, 2004 to January 9, 2004. Additional time is requested because the attorney preparing the brief, Giovanna Tiberii Weller, has been at home caring for her daughter, sick with influenza. Opposing counsel has no objection to this Motion for Extension of Time. This is Defendant's second Motion for Extension of Time.

{W1281943}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

THE DEFENDANTS,
BEST TEMPS, INC.,
PHOTOS TEMPS, INC.,
and ROBERT J. ROSA

BY: _____
Dov Braunstein
Federal Bar #ct25159
Carmody & Torrance LLP
P.O. Box 1110
Waterbury, CT  06721
Tel:  (203) 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT  06432
(203) 367-7922

*Courtesy Copy*:

Judge Dominic J. Squatrito
United States District Court
District of Connecticut
450 Main Street
Hartford, CT  06103

_____
Dov Braunstein

{W1281943}