## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BETH L. LENOBLE**<br>    **Plaintiff** | : |
| v. | :    CIVIL NO.: 3:02cv1673(DJS) |
| **BEST TEMPS, INC., ET AL**<br>    **Defendants** | : |

### ORDER

The Motion for Extension of Time to File a Reply to Plaintiff's Memorandum In Opposition to Motion for Summary Judgment of Photo Temps, Inc. (Doc. #71) is hereby **GRANTED to and including January 9, 2004.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   9th   day of  January, 2004.

                                                  /s/DJS
                                                Dominic J. Squatrito
                                                United States District Judge