UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETH L. LENOBLE, | : | DOCKET NO. 02-CV-1673 (DJS) |
| *Plaintiff*, | : | |
| V. | : | |
| BEST TEMPS, INC., and ROBERT J. ROSA, | : | |
| *Defendants*. | : | April 28, 2005 |

## CONSENT MOTION TO DISMISS

Plaintiff moves on consent pursuant to Fed. R. Civ. P. 41 for an order dismissing the above action with prejudice but without costs to any party.

```
                              THE PLAINTIFF
                              BETH L. LENOBLE


                    BY:_____
                         WILLIAM B. BARNES, ESQ.
                             (CT0268)
                         Rosenstein & Barnes
                         1100 Kings Hwy. East
                         P.O. Box 687
                         Fairfield, CT 06432
                         Tel (203) 367-7922
                         Fax (203) 367-8110
                         E-mail wbarnes@rosenbar.com
```

## **CERTIFICATION**

    A copy of the foregoing was faxed and mailed overnight mail, postage prepaid, on April 28, 2005 to the following counsel and pro se parties of record:

Giovanna T. Weller, Esq.
Carmody & Torrance, LLC
50 Leavenworth St.
Waterbury, CT 06721

                                                                        _____
                                                                        WILLIAM B. BARNES, ESQ.