UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BETH L. LENOBLE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1673(DJS) |
| **BEST TEMPS, INC., ET AL**<br>    **Defendants** | : |

**ORDER OF DISMISSAL**

   The Consent Motion to Dismiss (Doc. #81) with prejudice is hereby **GRANTED**.

The Clerk is hereby directed to **close this case**.

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   2nd    day of May, 2005.


                                            /s/DJS                                           
                                            Dominic J. Squatrito
                                            United States District Judge